# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN O. GETHANGE, | |
| Petitioner, | Civ. No. 20-713 (GC) |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | **MEMORANDUM & ORDER** |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 5, 2020, Respondent had forty-five (45) days in which to file a response to the habeas petition. (*See* ECF 5). On March 12, 2020, the Attorney General's Office referred this matter to the Middlesex County Prosecutor's Office. (*See* ECF 7). On April 11, 2022, this matter was reassigned to the undersigned. (*See* ECF 9).

On April 21, 2022, the Middlesex County Prosecutor's Office filed a letter indicating an inadvertent mistake in failing to file a response to Petitioner's habeas petition. (*See* ECF 10). As a result, and considering the Middlesex County Prosecutor's Office April 21, 2022 letter,

IT IS on this 27th day of April, 2022,

ORDERED that Respondent shall file a response to Petitioner's habeas petition on or before May 13, 2022, and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S mail.

GEORGETTE CASTNER
United States District Judge