**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEPHEN O. GETHANGE, | : | |
| | : | |
| Petitioner, | : | Civ. No. 20-713 (GC) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | : | **MEMORANDUM & ORDER** |
| | : | |
| Respondent. | : | |
| | : | |

**CASTNER, District Judge**

Petitioner, Stephen O. Gethange ("Petitioner" or "Gethange") is a state prisoner incarcerated at the South Woods State Prison in Bridgeton, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (*See* ECF 1). Presently pending is Respondent's Motion to Dismiss the habeas petition for untimeliness. (*See* ECF 12 & 13).

Petitioner's response to Respondent's Motion to Dismiss was due on or before October 28, 2022. To date, Petitioner has not filed a response to Respondent's Motion to Dismiss. Out of an abundance of caution, and in the interest of justice, this Court will give Petitioner one final opportunity in which to file his response to the Motion to Dismiss.

Accordingly, IT IS on this 29th day of November, 2022,

ORDERED that Petitioner shall have thirty (30) days from the date this Memorandum and Order is entered in which to file his response to Respondent's Motion to Dismiss; and it is further

ORDERED that given the additional time this Court is giving Petitioner to file a response, the Clerk shall administratively terminate Respondent's Motion to Dismiss (ECF 12), subject to

the Motion's reinstatement by this Court upon Petitioner either filing a response to the Motion to Dismiss or the expiration of the thirty-day period given Petitioner in which to file his response; and it is further

ORDERED that if Petitioner files a response to Respondent's Motion to Dismiss, Respondent shall have ten (10) days in which to file a reply; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

*s/ Georgette Castner*
_____
GEORGETTE CASTNER
United States District Judge
